**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| NIKKI STAPAKIS, JAMES ANDREWS, GEORGE ANDREWS, and CHRISTOPHER ANDREWS,<br><br>Plaintiffs,<br><br>vs.<br><br>INDUNIL KARUNASEKERA, M.D.; DIAGNOSTIC IMAGING ASSOCIATES. P.C.; CATHOLIC HEALTH INITIATIVES – IOWA, CORP. d/b/a MERCY MEDICAL CENTER – DES MOINES;<br><br>Defendants. | Case No. 4:20-cv-00290-JAJ-HCA<br><br><br>**MOTION FOR REMAND** |

Plaintiffs Nikki Stapakis, James Andrews, George Andrews, and Christopher Andrews, for their Motion to Remand pursuant to 28 U.S.C. § 1447(c), state:

1. On August 24, 2020, Plaintiffs filed this medical malpractice action in the Iowa District Court for Polk County. *See Exhibit A to Notice of Removal.*

2. On August 27, 2020, Defendant Diagnostic Imaging Associates, P.C. was properly served with the Original Notice and Petition. *See Exhibit B to Notice of Removal.*

3. On September 10, 2020, Defendant Indunil Karunasekera, M.D. was properly served with the Original Notice and Petition. *See Exhibit C to Notice of Removal.*

4. On September 21, 2020, Defendants Indunil Karunasekera, M.D. and Diagnostic Imaging Associates, P.C. filed their Notice of Removal of this action from the Iowa District Court For Polk County.

1

5. Defendants assert as the basis for removal this court's jurisdiction under 28 U.S.C. §1332(a), namely complete diversity of the parties and alleged damages in excess of $250,000.

6. In their Notice of Removal, Defendants confirm that each of the Defendants is a citizen of the forum state - Iowa, specifically admitting:

    a. Indunil Karunasekera, M.D. is a resident of the state of Iowa;

    b. Diagnostic Imaging Associates, P.C. is an Iowa professional corporation with a principal place of business in Iowa;

    c. Catholic Health Initiatives – Iowa, Corp. d/b/a Mercy Medical Center – Des Moines is a business entity organized and existing under the laws of the State of Iowa with its principal place of business in Des Moines, Polk County, Iowa.

7. Pursuant to 28 U.S.C. § 1441(b)(2), "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

8. As all of the Defendants in this action are Iowa citizens, removal is defective and this action must be remanded back to the Iowa District Court for Polk County.

9. In light of the plain and unambiguous language of § 1441(b)(2) regarding forum defendants, Defendants Indunil Karunasekera, M.D. and Diagnostic Imaging Associates, P.C. had no objectionably reasonable basis for removal of this action.

10. "An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C. § 1447(c).

11. "[T]he standard for awarding fees should turn on the reasonableness of the removal. Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. Conversely, when an objectively reasonable basis exists, fees should be denied." Martin v. Franklin Capital Corp., 546 U.S. 132, 141, 126 S. Ct. 704, 711, 163 L. Ed. 2d 547 (2005).

12. To date, counsel for Plaintiffs spent 3 hours to date reviewing the Notice of Removal and related filings, conducting legal research, drafting and reviewing this motion. Plaintiffs seek payment of attorney fees in the amount of $2,250 ($750 per hour) for time spent as a result of this defective removal.

WHEREFORE, Plaintiffs respectfully request that the court enter an order remanding this action to the Iowa District Court for Polk County and ordering Defendants Indunil Karunasekera, M.D. and Diagnostic Imaging Associates, P.C. to pay attorney fees in the amount to $2,250 incurred as a result of the defective removal.

_____
BRIAN P. GALLIGAN   AT0002632
GALLIGAN LAW P.C.
300 Walnut Street, Suite 5
Des Moines, IA  50309-2239
Telephone:   (515) 282-3333
Facsimile:    (515) 282-0318
Email:          bgalligan@galliganlaw.com

ATTORNEY FOR PLAINTIFFS