IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NIKKI STAPAKIS, JAMES ANDREWS, GEORGE ANDREWS and CHRISTOPHER ANDREWS,<br><br>        Plaintiffs,<br><br>v.<br><br>INDUNIL KARUNASEKERA, M.D.; DIAGNOSTIC IMAGING ASSOCIATES, P.C.; CATHOLIC HEALTH INITIATIVES-IOWA CORP. d/b/a MERCY MEDICAL CENTER-DES MOINES,<br><br>        Defendants. | Case No. 4:20-cv-00290-JAJ-HCA<br><br><br><br><br><br>**JOINT STIPULATION AND MOTION TO REMAND CASE BACK TO POLK COUNTY DISTRICT COURT** |

1.    The Defendants, Indunil Karunasekera, M.D. and Diagnostic Imaging Associates, P.C. filed a Notice of Removal on September 21, 2020.

2.    Counsel for the Plaintiffs filed a Motion for Remand.

3.    Counsel have discussed this matter and agree that the case should be remanded to District Court.

4.    Catholic Health Initiatives-Iowa Corp. d/b/a Mercy Medical Center-Des Moines also agrees to the remand.

5.    When Plaintiffs filed a Motion for Remand they requested sanctions in this matter.  Plaintiffs' counsel herein withdraws his Motion for Sanctions.

WHEREFORE, the parties hereby request that this matter be remanded to District Court.  The costs for the removal will be assessed to the Defendants Indunil Karunasekera, M.D. and Diagnostic Imaging Associates, P.C.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:    _____ */s/ Janice M. Thomas* _____
Janice M. Thomas  AT0007822
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel:  (515) 246-5828
Fax:  (515) 246-5808
E-Mail:  thomas.janice@bradshawlaw.com

**ATTORNEYS FOR DEFENDANTS INDUNIL KARUNASEKERA, M.D. and DIAGNOSTIC IMAGING ASSOCIATES, P.C.**

GALLIGAN LAW P.C.

By:    _____ */s/ Brian P. Galligan* _____
Brian P. Galligan
300 Walnut Street, Suite 5
Des Moines, IA  50309-2239
Tel:  (515) 282-3333
Fax:  (515) 282-0318
Email:  bgalligan@galliganlaw.com

**ATTORNEYS FOR PLAINTIFFS NIKKI STAPAKIS, JAMES ANDREWS, GEORGE ANDREWS and CHRISTOPHER ANDREWS**

FINLEY LAW FIRM


By:        */s/ Connie L. Diekema*
Connie L. Diekema
699 Walnut Street, Suite 1700
Des Moines, IA  50309
Tel:  (515) 288-0145
Fax:  (515) 288-2724
Email:  cdiekema@finleylaw.com

**ATTORNEYS FOR DEFENDANT CATHOLIC
HEALTH INITIATIVES-IOWA CORP., d/b/a MERCY
MEDICAL CENTER-DES MOINES**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 25th day of September, 2020 by:

☐ U.S. Mail              ☒ CM/ECF
☐ Hand Delivered         ☐ EMAIL
☐ Federal Express        ☐ EDMS

*/s/ Lucy Anderson*