IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NIKKI STAPAKIS, JAMES ANDREWS, GEORGE ANDREWS and CHRISTOPHER ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>INDUNIL KARUNASEKERA, M.D.; DIAGNOSTIC IMAGING ASSOCIATES, P.C.; CATHOLIC HEALTH INITIATIVES-IOWA, CORP. dba MERCY MEDICAL CENTER – DES MOINES,<br><br>Defendants. | No. 4:20-cv-00290-JAJ-CFB<br><br>**ORDER** |

This matter comes before the court pursuant to the parties' September 25, 2020 Joint Stipulation and Motion to Remand.  [Dkt. 4]  This matter was improperly removed to federal court.  The parties jointly request that it be remanded to the Iowa District Court for Polk County.

Upon the foregoing,

**IT IS ORDERED** that the clerk of court shall remand this matter to the Iowa District Court for Polk County.  Plaintiffs' Motion for Sanctions [Dkt. 3] is denied.  Costs of removal shall be borne by defendants Indunil Karunasekera and Diagnostic Imaging Associates, P.C.

**DATED** this 5th day of October, 2020.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA