## UNITED STATES DISTRICT COURT
Southern District of Iowa

| | |
|---|---|
| U.S. Courthouse | Des Moines |
| 123 East Walnut Street | Davenport |
| Des Moines, Iowa  50309 | Council Bluffs |
| Clerk of Court's Office | o: 515-284-6248 |
| www.iasd.uscourts.gov | f : 515-284-6418 |

October 5, 2020

Polk County Clerk of Court
Civil Division
500 Mulberry Street
Des Moines, Iowa 50309

Dear Clerk:

Re: Remand of our Civil Case No. 4-20-cv-290
    Stapakis et al., v Karunasekera et al.
    Polk County Case No. LACL148535

Enclosed is the above-captioned court file per order remanding the case back to the Iowa District Court for Polk County.  Also enclosed is a copy of the docket sheet.

By a copy of this letter to parties of record, we are informing them that all future pleadings and correspondence should be sent to your court.

Thank you for your attention to this matter.  If you have questions, please do not hesitate to contact us at 515-284-6248 or at the address listed above.

Sincerely,


Kellie Watson
Case Manager


Enclosures